

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00361-CV

**CRAIG CHAMPION,**

                                                                **Appellant**

 **v.**

**FRANK RAMSEY, RAMSAY RAMSEY, RANDAL
RAMSEY, AND DBA SUMMIT PROPERTIES
AND MANAGEMENT COMPANY,**

                                                                **Appellees**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 11-000044-CV-85

## O R D E R

Appellant's motion for extension of time to file a notice of appeal is granted. The

notice of appeal is considered timely filed as of October 21, 2015; the date it was filed.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed November 5, 2015

